**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| OTIS DANDRE HART,<br>Petitioner,<br>v.<br>JEFFREY A. BEARD, SECRETARY of the CDCR, et al.,<br>Respondents. | No. SA CV 15-2129-R (PLA)<br>**JUDGMENT** |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: March 6, 2017

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE